# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149875 (27)

IN RE HILTON
_____

   GAMAL ALI HILTON,

        Plaintiff-Appellant,

v                                                    SC:  149875
                                                     COA: 320270
MANISTEE COUNTY CLERK,

        Defendant-Appellee.
_____

       On order of the Chief Justice, plaintiff's motion for reconsideration of the order of August 13, 2014 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $13.00 as ordered. Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2014 _____

jam



Clerk